UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20913-CR-WILLIAMS

21 U.S.C. § 963
21 U.S.C. § 853

MAGISTRATE JUDGE
SIMONTON

FILED by TB D.C.
DEC 06 2016
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. of FLA - MIAMI

UNITED STATES OF AMERICA

vs.

ALI ISSA CHAMAS,

       Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

From at least as early as in or around July 2016, the exact date being unknown to the Grand Jury, and continuing through in or around November 2016, in the country of Paraguay and elsewhere, the defendant,

**ALI ISSA CHAMAS,**

did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, intending, knowing, and having reasonable cause to believe that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a); all in violation of Title 21, United States Code, Section 963.

With respect to the defendant, the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five hundred (500) grams or more of a mixture and substance containing a

detectable amount of cocaine, in violation of Title 21, United States Code, Section 963 and 960(b)(1)(B).

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ALI ISSA CHAMAS,** has an interest.

2. Upon conviction of the violation alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation and any property which the defendant used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
AIMEE C. JIMENEZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ALI ISSA CHAMAS,

       **Defendant.**
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division**: (Select One)

| | | |
|---|---|---|
| X Miami | ___ Key West | |
| ___ FTL | ___ WPB | ___ FTP |

New Defendant(s)        Yes ___  No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     Yes
   List language and/or dialect     Spanish, Arabic

4. This case will take     3     days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | |
   |---|---|---|
   | I | 0 to 5 days | X |
   | II | 6 to 10 days | ___ |
   | III | 11 to 20 days | ___ |
   | IV | 21 to 60 days | ___ |
   | V | 61 days and over | ___ |

   (Check only one)

   | | |
   |---|---|
   | Petty | ___ |
   | Minor | ___ |
   | Misdem. | ___ |
   | Felony | X |

6. Has this case been previously filed in this District Court? (Yes or No)     No
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?     (Yes or No)     No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the     District of _____

   Is this a potential death penalty case? (Yes or No)     No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     ___ Yes     X No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?     ___ Yes     X No

    _____
    AIMEE JIMENEZ
    ASSISTANT UNITED STATES ATTORNEY
    Court No. A5500795

\*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:**   ALI ISSA CHAMAS

**Case No:**

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:**   40 Years Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.